UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE BLOGGS ET AL,<br><br>Plaintiffs,<br><br>v.<br><br>HOPKINTON PUBLIC SCHOOLS<br><br>Defendants. | Civil Action No.<br>19-11384-WGY |

## JUDGMENT IN A CIVIL CASE

____  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X   **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's FINDINGS OF FACT AND CONCLUSIONS OF LAW the Students prayer for relief is DENIED and judgment on the Case Stated enters for the School.

ROBERT M. FARRELL
CLERK OF COURT

Dated: September 22, 2020                    by      /s/Matthew A. Paine
                                                                    Deputy Clerk