# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Doe v. Cavanaugh et al

District Court Number: 19cv11384-WGY

Fee: Paid? Yes _X_ No ____ Government filer ____ *In Forma Pauperis* Yes ____ No ____

Motions Pending Yes ____ No _X_
*If yes, document #* _____

Sealed documents Yes _X_ No ____
*If yes, document #* 65,66,68,74,80,83,93

*Ex parte* documents Yes ____ No _X_
*If yes, document #* _____

Transcripts Yes ____ No _X_
*If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner _X_ Defendant/Respondent ____ Other: ____

Appeal from:

#93 Findings of Fact and Conclusions of Law, #94 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#93, #94, and #95

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _95_ filed on September 30, 2020.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 29, 2020.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**