# United States Court of Appeals
## For the First Circuit

---

No. 20-1950

JOHN DOE, by his Mother and Next Friend, JANE DOE; B.B., by his Mother and Next Friend, JANE BLOGGS,

Plaintiffs, Appellants,

v.

HOPKINTON PUBLIC SCHOOLS,

Defendant, Appellee,

CAROL CAVANAUGH, in her individual capacity and official capacity as Superintendent of the Hopkinton Public Schools; EVAN BISHOP, in his individual capacity and official capacity as Principal of Hopkinton High School,

Defendants.

---

Before
Lynch, Selya, and Barron,
Circuit Judges.

---

**ORDER OF COURT**
Entered: November 30, 2021

An opportunity to suggest redactions having been made available to and declined by the parties, the order provisionally sealing the November 19, 2021 opinion is vacated, and the opinion will be published in the ordinary course.

By the Court:
Maria R. Hamilton, Clerk

cc: Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Alexandra H. Deal, Jeffrey P. Wiesner, Jennifer McKinnon, Elizabeth F. Toner, Joshua Ryan Coleman, Douglas S. Martland, Abrisham Eshghi, Kelsi Brown Corkran, Seth B. Orkand, Ruth A. Bourquin, Matthew R Segal, Sophia Sabrina Cope, Bennett H. Klein, Patience Crozier, Francisco Maria Negron Jr., John C. Foskett